# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohen, MaryAnn | UNITED STATES TAX COURT | 04/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

400 SECOND STREET, N.W.
SUITE 328
WASHINGTON, D. C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (see section VIII) | The Tannenwald Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil Common | D | Dividend | M | T | | | | | |
| 2. Fidelity Spartan Muni Bond Fund | D | Dividend | M | T | | | | | |
| 3. Bristol Myers Squibb common | C | Dividend | M | T | | | | | |
| 4. Marriott Intnl. common | A | Dividend | J | T | | | | | |
| 5. Host Hotels & Resorts common | A | Dividend | J | T | | | | | |
| 6. Dominion Resources common stock | C | Dividend | M | T | | | | | |
| 7. Series EE U.S. Gov't Bonds | E | Interest | N | T | | | | | |
| 8. Merck & Co. common stock | C | Dividend | L | T | | | | | |
| 9. T. Rowe Price Va. Tax Free Bond Fund | C | Dividend | M | T | | | | | |
| 10. Alliance Muni Income Natnl. Portfolio NOW AB-MUNI-NATIONAL | C | Dividend | L | T | | | | | |
| 11. CocaCola common stock | B | Dividend | L | T | | | | | |
| 12. Emerson Elec. common stock | C | Dividend | L | T | | | | | |
| 13. AT&T common stock | D | Dividend | M | T | | | | | |
| 14. General Mills Inc. common stock | C | Dividend | M | T | | | | | |
| 15. Charles Schwab & Co. money market account | | None | J | T | | | | | |
| 16. Proctor & Gamble common stock | C | Dividend | M | T | | | | | |
| 17. Boeing Co. common | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Calif. Bond Fund | A | Dividend | J | T | | | | | |
| 19. Agilent Corp. common stock | A | Dividend | J | T | Buy | 07/01/15 | J | | |
| 20. T. Rowe Price Intnl Stock Fund | A | Dividend | J | T | | | | | |
| 21. T. Rowe Price Tax-Efficient Multi-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 22. MSIF GROWTH | A | Dividend | M | T | | | | | |
| 23. Zimmer Holdings common stock | A | Dividend | J | T | | | | | |
| 24. Corning, Inc. common stock | A | Dividend | J | T | | | | | |
| 25. General Electric common stock | C | Dividend | L | T | | | | | |
| 26. Pall Corporation common | B | Dividend | | | Redeemed | 08/31/15 | L | F | |
| 27. Express Scripts | | None | L | T | | | | | |
| 28. Game Stop Corp. common | A | Dividend | K | T | | | | | |
| 29. Chevron Texaco common | C | Dividend | L | T | | | | | |
| 30. Honeywell common | D | Dividend | N | T | | | | | |
| 31. Winchester, VA, bonds | A | Interest | | | Redeemed | 01/05/15 | K | A | |
| 32. Cisco common stock | B | Dividend | L | T | | | | | |
| 33. JP Morgan Chase common | B | Dividend | L | T | | | | | |
| 34. Abbott Labs common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Arlington County, VA, general obligation bonds | B | Interest | K | T | | | | | |
| 36. Morgan Stanley Bank a/c (IRA) | A | Interest | J | T | | | | | |
| 37. Morgan Stanley Trust Bank, now Morgan Stanley Active Assets | A | Interest | N | T | | | | | |
| 38. Johnson & Johnson common | D | Dividend | M | T | | | | | |
| 39. Pfizer common | B | Dividend | L | T | Sold (part) | 12/01/15 | J | B | |
| 40. Microsoft | B | Dividend | L | T | | | | | |
| 41. Intel | B | Dividend | L | T | | | | | |
| 42. Ford Motor | A | Dividend | J | T | | | | | |
| 43. CTS Corp. common | A | Dividend | K | T | | | | | |
| 44. Verizon common (IRA) | C | Dividend | J | T | Sold (part) | 12/01/15 | L | | |
| 45. Bank of America checking | | None | J | T | | | | | |
| 46. San Diego County Redev. Agency | B | Interest | K | T | | | | | |
| 47. Archer Daniels Mid common | A | Dividend | L | T | | | | | |
| 48. Alexandria, VA CAP IMPROVEMENT, Bonds | C | Interest | L | T | | | | | |
| 49. Hewlett Packard common, NOW HP ENTERPRISES | A | Dividend | J | T | | | | | |
| 50. HP, Inc. | A | Dividend | J | T | Spinoff (from line 49) | 11/02/15 | J | | |
| 51. Virginia Residential Authority Infrastructure bonds | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia College Bldg. Authority, bonds | C | Interest | M | T | | | | | |
| 53. ABBVIE, Inc. | C | Dividend | L | T | | | | | |
| 54. BBT account | | None | K | T | | | | | |
| 55. Keysight Tech Common | | None | J | T | | | | | |
| 56. The Container Store Common | | None | J | T | | | | | |
| 57. Allstate Corp. Preferred Stock | B | Dividend | K | T | | | | | |
| 58. JP Morgan Chase Preferred Stock | B | Dividend | K | T | | | | | |
| 59. SCE Preferred | B | Dividend | K | T | | | | | |
| 60. Scholastic Common | A | Dividend | K | T | | | | | |
| 61. Target Corp. Common | B | Dividend | L | T | | | | | |
| 62. Conagra Foods Common | A | Dividend | K | T | Buy | 08/31/15 | K | | |
| 63. Walt Disney Co | A | Dividend | L | T | Buy | 08/31/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, MaryAnn | 04/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Re section I) -- I am a director of The Tannenwald Foundation, a non-profit entity organized to recognize excellent writing in the field of taxation. The Foundation was formed in memory of Judge Theodore Tannenwald, Jr., who had served as a judge, and chief judge, of the United States Tax Court. My position does not involve fundraising. I have no control over the assets of the foundation.

(Re section I) -- During 2013, my investment accounts were transferred to myself as trustee of the Mary Ann Cohen Trust dated October 7, 2013. Certain stocks have been transferred to myself as custodian for two minor children under the Uniform Transfers to Minors Act, and gifts of stock to relatives and charities have been made. The listed assets include all of those over which I retain control regardless of title ownership.

(Re section VII) -- Item 51 was duplicated as items 55 and 56 for 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MaryAnn Cohen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544